# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED JAN 22 2020 Clerk U.S. District Court Greensboro, N.C.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>4572 Steel Bridge Road<br>Sanford, NC 27330 | )<br>)<br>) Case No. 1:19mj373<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Middle    District of    North Carolina   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   12/17/19   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    L. Patrick Auld   .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of       .

Date and time issued:   12/03/19, 4:02 PM       *[signature]*
                                                                             *Judge's signature*

City and state:   Greensboro, North Carolina       L. Patrick Auld, United States Magistrate Judge
                                                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:19mj373 | Date and time warrant executed: 12/26/19 0605 hrs | Copy of warrant and inventory left with: Jeremy Richmond |
|---|---|---|

Inventory made in the presence of:
Jeremy Richmond

Inventory of the property taken and name of any person(s) seized:

See FBI FD@-597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-9-20

_Executing officer's signature_

John Matthew FBI TFO
_Printed name and title_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-CE-8322888

On (date): 12/6/2019

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Jeremy Richmond
(Street Address): 4572 Steel Bridge Road
(City): Sanford, NC

Description of Item(s):
1. Brick-shaped object with "Red Bull #33"
2. New England Firearm 12 gauge Shotgun 3988848
3. Remington Shotgun 11-87 PC517949
4. Winchester 1200
5. Pump Action .22 rifle
6. Norinco SKS rifle 11017528
7. .22 rifle E309078
8. Walther PPX handgun FAS9361 w/ magazine
9. Jenkins handgun 717971 (no magazine)
10. Davis Industries handgun .380 AP403436 w/ magazine
11. Ammunition (9mm qty:9) (7.62x39 qty:2) (4-10 qty:9) (20 gauge qty:23) (12 gauge qty:4)
12. Marijuana (3 bags) suspected
13. Box .357 ammunition qty:28
14. .357 revolver 61K4592 w/ 1 spent round and 4 un-used
15. white sock
16. US currency
17. Ziplock bag with white substance
18. Mobile phone
19. Mobile phone

Received By: Jeremy (Signature)
Printed Name/Title: Jeremy Richmn

Received From: (Signature)
Printed Name/Title: Garrett Harris/Special Agent

FD-597 (Rev. 4-13-2015)                                        Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245C-CE-8322888

On (date): 12/6/2019

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Jeremy Richmond
(Street Address) 4572 Steel Bridge Road
(City) Sanford, NC

Description of Item(s): 
- Plastic bag with white rock-like substance
- Digital Scale

Received By: _____ (Signature)
Printed Name/Title: Garrett Harris / Special Agent

Received From: _____ (Signature)
Printed Name/Title: Jeremy Richmond

**ATTACHMENT A**

**Property To Be Searched**

**4572 Steel Bridge Road, Sanford, North Carolina 27330**

The SUBJECT PREMISES is described as a one-story single-family residence. The SUBJECT PREMISES is located at 4572 Steel Bridge Road, Sanford NC 27330. The SUBJECT PREMISES has a detached single car garage. The SUBJECT PREMISES has off white siding. The area to be searched includes any outbuildings and structures located on or attached to the property, and the following vehicles:

(a) Any and all vehicles located apart from the residence's driveway but within the curtilage of the SUBJECT PREMISES that appear to be unused or abandoned where controlled substances, paraphernalia for distributing controlled substances, or drug proceeds could reasonably be stored;

(b) White Jaguar sedan, unknown registration;

(c) GMC Sierra truck, NC registration EAR-6954;

(d) Gold Nissan Altima, unknown registration;

(e) Silver Dodge Ram pickup truck, unknown registration; and

(f) Blue Hyundai Equus, unknown registration.

24



25

## ATTACHMENT B

### Property to be Searched And/Or Seized

This warrant authorizes (i) the search of the property identified in Attachment A for only the following and (ii) authorizes the seizure of the items listed below only to the extent they constitute the following:

(a) evidence of violations of (i) 21 U.S.C.§§ 841(a)(1) and 846; or

(b) any item constituting contraband due to the subject violations, fruits of the subject violations, or other items possessed whose possession is illegal due to the subject violations; or

(c) any property designed for use, intended for use, or used in committing any subject violations.

Subject to the foregoing, these items are authorized to be seized:

1. Paraphernalia used in the manufacture, preparation, packaging, or weighing of illegal narcotics in preparation for distribution, to include, scales, plastic bags, gelcaps, vials, cutting agents (such as Mannitol and Quinine), and kilogram wrappers;

2. Currency or currency equivalents;

3. Records of narcotics transactions to include, books, ledgers, receipts, notes, pay and owe sheets, and other papers relating to the manufacture, transportation, possession, and distribution of controlled substances or the receipt and disposition of proceeds derived from the sale of illegal narcotics;

4. Financial records and other records or documents reflecting narcotics-trafficking activity or the disposition of narcotics proceeds, to include, currency; financial instruments; stocks; bonds; jewelry; precious metals; bank checks; cashier's checks and receipts for such checks; Western Union receipts; money orders; money order receipts; credit cards; credit card records; pre-paid credit cards; green dot cards and documents relating thereto; vehicle registrations; real estate records; income tax returns and any documentation relating to the payment

26

of any income tax; mail and contract mail carrier records; documentation and receipts relating to any safe deposit boxes and keys to safe deposit boxes; documentation and receipts relating to any storage facilities and keys to those storage facilities; devices capable of counting large sums of currency; other items of value or proceeds derived from the sale of illegal narcotics; and other documents or evidence of financial transactions involving the receipt and disposition of the proceeds of illegal narcotics sales;

5. Records that identify other co-conspirators, including, to include, address books; telephone books; rolodexes; telephone bills and records; telephones/cellphones and the numbers and other data stored within those telephones; pagers and personal digital assistants, and the numbers stored inside those devices; devices capable of recording incoming telephone numbers, and the numbers stored within those devices; records of telephone calls, whether recorded electronically or in writing; notes reflecting telephone and pager numbers, or papers which reflect names, addresses, and telephone numbers of suspected co-conspirators; photographs (to include still photos, negatives, movies, slides, video tapes, and undeveloped film); and audiotape recordings of conversations, including those made over telephone answering machines;

6. Documents or other records relating to state court proceedings involving other co-conspirators, to include, charging documents and bail records;

7. Identification documents;

8. Records of travel, to include, transportation schedules, passports, automobile rental records, notes and receipts related to travel, and motel/hotel receipts;

9. Indicia of occupancy, residency, rental, control, and/or ownership of the premises, including keys, photographs, deeds, mortgages, lease agreements, rental receipts, canceled checks, utility, cable, and telephone bills, titles, registration documents, and other documents, such as addressed mail, showing indicia of occupancy;

10. Safes, combination or key-lock strong boxes or other secure storage containers, suitcases, file cabinets and other types of containers, whether locked or unlocked; hidden compartments that may contain any of the foregoing; and the contents thereof;

27

11. Cellphones and related records and equipment;

12. Firearms, ammunition, other dangerous weapons, and related records and equipment.